Certification of Judgment (AO 451 Rev - SDNY 5/25/06)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

MAERSK LINE.,

            Plaintiff,

-and-

MINA INTERNATIONAL FOOD
DISTRIBUTORS.,

            Defendant.
--------------- --------------------------------------------X

**06 CIVIL 14282 (RJH)**
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
Judgment #07,0252

Case: 1:07-mc-00208
Assigned To : Unassigned
Assign. Date : 5/8/2007
Description: MISC.

     I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on February 8, 2007 as it appears in the records of this court, and that:

☒    No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐    No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐    An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐    An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

     IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on April 30, 2007

                                                             J. Michael McMahon

                                                                   Clerk

                                                         (By) Deputy Clerk

5-638525
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
MAERSK LINE,

                Plaintiff,

   - against -

MINA INTERNATIONAL FOOD
DISTRIBUTORS,

                Defendant.
-------------------------------------------------X

Case: 1:07-mc-00208
Assigned To : Unassigned
Assign. Date : 5/8/2007
Description: MISC.

06 CIV. 14282 (RJH)

DEFAULT JUDGMENT

#07,0052

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/8/07

    This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant MINA INTERNATIONAL FOOD DISTRIBUTORS on December 20, 2006 by personal service on Miriam Sangare, Registered Agent, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

    Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

    ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant MINA INTERNATIONAL FOOD DISTRIBUTORS in the liquidated amount of $7,176.00, with interest at 6% from September 20, 2006 amounting to $155.71, plus the costs and disbursements of this action in the amount of $575.00, amounting in all to $7,906.71.

Dated: New York, New York
       ~~January~~   , 2007
       Feb. 6

                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 5
DATE FILED: 2/7/07

ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document that was [illegible] with the United States District [illegible]
Date Filed: 2/7/07