UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAERSK LINE LIMITED

**Judgment Creditor**

MINA INTERNATIONAL
FOOD DISTRIBUTORS

**Judgment Debtor**

Case No. 1:07-mc-00208-UNA

PRAECIPE

To The Clerk of the Court:

Please enter the appearance of William D. Day as counsel for Judgment Creditor.

Respectfully submitted,

*/s/William D. Day*
William D. Day, #501960
Gill Sippel & Gallagher
98 Church Street
Rockville, Maryland 20850
(301) 251-9200/(301) 762-6176 Fax