UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAERSK LINE LIMITED

**Judgment Creditor**

MINA INTERNATIONAL
FOOD DISTRIBUTORS

**Judgment Debtor**

Case No. 1:07-mc-00208-UNA

REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT

Plaintiff and Judgment Creditor, Maersk Line Limited ("Maersk"), by and through its undersigned counsel, requests issuance of a Writ of Garnishment pursuant to FRCP 69 and D.C. SCR-Civil Rule 69, and in support of its request states as follows:

1. On February 7, 2007, U.S. District Court for the Southern District of New York entered a money judgment in the amount of $7,906.71 against Defendant, Mina International Food Distributors.

2. On May 8, 2007, a Certification of Judgment for Registration in Another District was filed in this Court and a Miscellaneous Action was opened.

3. To date and despite demand, Defendant has failed to satisfy that judgment.

4. The name and last known address of Defendant is as follows:

    MINA INTERNATIONAL FOOD DISTRIBUTORS
    5770 2nd Street, NE
    Washington, DC 20011

5. The name and address of the Garnishee is as follows:

    Bank of America
    5911 Blair Road, NW
    Washington, DC 20011
    Account Number: 052001633-003923654116

2

      6.   Please issue a Writ of Garnishment to the above listed bank for any and all money or credits owed to, being held for, or becoming due to, the Defendant, Mina International Food Distributors.

      7.   Please return the Writ of Garnishment to the undersigned for service by private process.

                                Respectfully submitted,

                                */s/ William D. Day*
                                William D. Day, #501960
                                Gill Sippel & Gallagher
                                98 Church Street
                                Rockville, MD 20850
                                (301) 251-9200
                                (301) 762-6276 Fax

CO-901A
Rev. 7/90

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Maersk Line Limited

Plaintiff(s)

vs

Mina International Food Distributors

Defendant(s)

CIVIL ACTION NO. 1:07mc00208 UNA
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  Bank of America, 5911 Blair Road, NW

Washington, DC 20011 _____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on May 18, 2007 in the amount of Seven thousand nine hundred six and 71/100 dollars ($ 7,906.71) and the costs amounting to $ _____ with interest at _____ % from _____ less credits of $ _____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this _____ day of _____.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

Attorney for Plaintiff William D. Day, #501960

98 Church Street, Rockville, MD 20850

(301) 251-9200

Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
   ANSWER _____

   _____

   _____

   _____

   _____

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
   ANSWER _____

   _____

   _____

   _____

   _____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____        _____
                                                              Garnishee