IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WRIT OF GARNISHMENT OF : 
PROPERTY :

WRIT ISSUED AS TO: : CASE # 1:07mc00208 UNA
Mina International Food Distributors :

### AFFIDAVIT OF SERVICE OF PROCESS ON GARNISHEE

The undersigned hereby certifies that service of process has been executed upon Garnishee, **Bank of America**, by serving Zekiaris Tomerant, Branch Manager, at 5911 Blair Road, N. W., Washington, D. C. 20011, on the 21st Day of July 2008 at 9:05 a.m., by delivering and leaving with him the original copy of the attached Writ of Garnishment of Property with a file-stamped copy of the Request for Issuance of Writ of Garnishment, issued by this Court on the 15th Day of July 2008.

The undersigned further certifies that he mailed a copy, via First Class Mail, postage prepaid, to the Judgment Debtor, Mina International Food Distributors at 5770 2nd Street, N. E., Washington, D. C. 20011 on the 21st Day of July 2008.

The undersigned further certifies that he is over 18 years of age and is not a party to the action.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

LEONARD RAAB, PPS
BINSTED ASSOCIATES
1123 Grandin Avenue
Rockville, Maryland 20851
(301) 251-1160

CO-901A
Rev. 7/90

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Maersk Line Limited                               Mina International Food Distributors

Plaintiff(s)          vs          Defendant(s)

CIVIL ACTION NO. 1:07mc00208 UNA
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  Bank of America, 5911 Blair Road, NW

Washington, DC 20011                              Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on May 18, 2007 in the amount of Seven thousand nine hundred six and 71/100 dollars($ 7,906.71 ) and the costs amounting to $ _____ with interest at _____ % from _____ less credits of $ _____ .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, UNDER PENALTY OF PERJURY, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this 15 day of July 2008.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

Attorney for Plaintiff William D. Day, #501960

98 Church Street, Rockville, MD 20850

(301) 251-9200

Address & Telephone Number