# INTERROGATORIES TO BE ANSWERED BY GARNISHEE
(D.C. Code § 16-552)

Defendant's Name: **MINA INTERNATIONAL FOOD DISTRIBUTORS**       Case Number: **MC00208-UN** / mc 07-208

Garnishee may assert any defense that the Garnishee may have to the attachment, as well as any defense that the defendant could assert. (D.C. Code § 16-519)

(1) Were you indebted to the defendant either at the time of the service of this Writ or between the time of such service and the filing of your answer to the interrogatory? Yes ____ No ____

If yes, explain: **NO**

_____

(2) Were you in possession or control of any property in which the defendant has an interest at the time of the service of this Writ or between the time of such service and the filing of your answer to the interrogatory? ("Property" includes money, goods and credits.) Yes ____ No ____

If yes, describe the property: **"Closed Account"**

(a) Do the funds in your possession or control consist solely of direct deposited benefits which are statutorily exempt from garnishment under federal or D.C. law? Yes ____ No ____

If yes, specify the exemption:

- ☐ Social Security (SSA)
- ☐ Veterans' (VA)
- ☐ Retirement or pension
- ☐ Unemployment
- ☐ Worker's compensation
- ☐ Public assistance/TANF
- ☐ Other: _____

(b) The defendant's account is (check one):
- ☐ a solely owned account containing $_____ funds.
- ☐ a joint account held with (name and address) _____ containing $_____ funds.

I swear/affirm under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

_____     **Legal Order Processor**
Garnishee Signature                 Title

**Maria Parisi**                    **7/24/08**
Printed Name                        Date

FL6-001-02-11

SUBSCRIBED AND SWORN TO before me this **24** day of **JULY**, 20**08**

_____Carmela Lee Kee_____
NOTARY PUBLIC

My commission expires: _____

CARMELA LEE KEE
MY COMMISSION # DD 418337 EXPIRES
APRIL 13, 2009
BONDED THRU TROY FAIN INSURANCE, INC.

RECEIVED
AUG 25 2008
Clerk, U.S. District and
Bankruptcy Courts

7-21-2008 Received
9:05AM Time
Zekarios Tamrat
357-3018003
202-624-4310
In Person

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
RECEIVED BY MAIL
JUL 3 1 2008
Washington, D.C.

| Maersk Line Limited | vs | Mina International Food Distributors |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

CIVIL ACTION NO. 1:07mc00208 UNA
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  Bank of America, 5911 Blair Road, NW

Washington, DC 20011 _____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on __May 18, 2007__ in the amount of Seven thousand nine hundred six and 71/100 dollars($ __7,906.71__) and the costs amounting to $ _____ with interest at _____ % from _____ less credits of $ _____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, UNDER PENALTY OF PERJURY, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this __15__ day of __July__ __2008__.

Nancy M. Mayer-Whittington, Clerk
By _____
Deputy Clerk

Attorney for Plaintiff  William D. Day, #501960

98 Church Street, Rockville, MD 20850

(301) 251-9200

Address & Telephone Number

**RECEIVED**
AUG 2 2 2008
**SUPERIOR COURT**

**RECEIVED**
AUG 2 5 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAERSK LINE LIMITED

    **Judgment Creditor**

                                  Case No. 1:07-mc-00208-UNA

MINA INTERNATIONAL
FOOD DISTRIBUTORS

    **Judgment Debtor**

REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT

Plaintiff and Judgment Creditor, Maersk Line Limited ("Maersk"), by and through its undersigned counsel, requests issuance of a Writ of Garnishment pursuant to FRCP 69 and D.C. SCR-Civil Rule 69, and in support of its request states as follows:

1. On February 7, 2007, U.S. District Court for the Southern District of New York entered a money judgment in the amount of $7,906.71 against Defendant, Mina International Food Distributors.

2. On May 8, 2007, a Certification of Judgment for Registration in Another District was filed in this Court and a Miscellaneous Action was opened.

3. To date and despite demand, Defendant has failed to satisfy that judgment.

4. The name and last known address of Defendant is as follows:

    MINA INTERNATIONAL FOOD DISTRIBUTORS
    5770 2nd Street, NE
    Washington, DC 20011

5. The name and address of the Garnishee is as follows:

    Bank of America
    5911 Blair Road, NW
    Washington, DC 20011
    Account Number: 052001633-003923654116

6. Please issue a Writ of Garnishment to the above listed bank for any and all money or credits owed to, being held for, or becoming due to, the Defendant, Mina International Food Distributors.

7. Please return the Writ of Garnishment to the undersigned for service by private process.

Respectfully submitted,

/s/ *William D. Day*
William D. Day, #501960
Gill Sippel & Gallagher
98 Church Street
Rockville, MD 20850
(301) 251-9200
(301) 762-6276 Fax